# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DONALD CHEREPSKI**                                                                    **PLAINTIFF**

**v.**              **Case No.  4:13-cv-00433 KGB**

**APPLE, INC.**                                                                          **DEFENDANT**

## ORDER

    Before the Court is the parties' stipulation of dismissal with prejudice (Dkt. No. 26). Plaintiff Donald Cherepski and defendant Apple, Inc. stipulate to the dismissal with prejudice of Mr. Cherepski's complaint against Apple, Inc., with each party to bear his or its own costs and fees incurred in the litigation.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court dismisses with prejudice Mr. Cherepski's complaint against Apple, Inc.  Each party will bear his or its own costs and fees incurred in the litigation.

    SO ORDERED this 23rd day January, 2015.

*(signature)*
Kristine G. Baker
United States District Judge